Filed 3/19/13P. v. Scroggins CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>DAVID SCROGGINS,<br><br>    Defendant and Appellant. | D062457<br><br><br>(Super. Ct. No. SCD240860) |

APPEAL from a judgment of the Superior Court of San Diego County, Frederic L. Link, Judge.  Affirmed.

David Scroggins entered a negotiated guilty plea to one count of residential burglary (Pen. Code, § 459/460) and admitted having one prior serious/violent felony or strike conviction (Pen. Code, § 667, subds. (b)-(i)).  In exchange for the plea, the prosecution agreed to dismiss two other strike allegations.  The parties stipulated to an eight-year prison term and victim restitution in the amount of $23,600.  The trial court sentenced Scroggins in accordance with the terms of the plea bargain.

FACTS

On February 1, 2012, Scroggins entered a family residence with the intent to steal.

DISCUSSION

Appointed appellate counsel has filed a brief setting forth evidence in the superior court. Counsel presents no argument for reversal, but asks that this court review the record for error as mandated by *People v. Wende* (1979) 25 Cal.3d 436. Counsel has not referred us to any possible but not arguable issues. (See *Anders v. California* (1967) 386 U.S. 738. We granted Scroggins permission to file a brief on his own behalf. He has not responded.

A review of the record pursuant to *People v. Wende*, *supra*, 25 Cal.3d 436 and *Anders v. California*, *supra*, 386 U.S. 738 has disclosed no reasonably arguable appellate issue. Competent counsel has represented Scroggins on this appeal.

DISPOSITION

The judgment is affirmed.

HUFFMAN, Acting P. J.

WE CONCUR:

O'ROURKE, J.

AARON, J.